NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN REVERDES,                          )
                                          )
                Appellant,                )
                                          )
v.                                        )       Case No. 2D16-4055
                                          )
STATE OF FLORIDA,                         )
                                          )
                Appellee.                 )
_____ )

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Pasco
County; Pat Siracusa, Judge.

Brooke Elvington, Fort Lauderdale,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.